**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>C.A. No. 20-00078 (UNA)<br><br>Bankr. Case No. 20-10343(LSS)<br><br>Jointly Administered |

**DEBTORS' CORPORATE DISCLOSURE STATEMENT**

   Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the Boy Scouts of America (the "BSA") and Delaware BSA, LLC ("Delaware BSA"), the non-profit corporations that are the debtors and debtors in possession in the above-captioned actions, state that Delaware BSA is a 100% wholly-owned subsidiary of the BSA, which is a non-profit, non-stock corporation.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

| | |
|---|---|
| Dated: March 3, 2020<br>Wilmington, Delaware | SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter<br>William Curtin<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br>          wcurtin@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda<br>Michael C. Andolina<br>William A. Evanoff<br>Matthew E. Linder<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>          mandolina@sidley.com<br>          wevanoff@sidley.com<br>          mlinder@sidley.com<br><br>– and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Donna L. Culver*<br>Donna L. Culver (No. 2983)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dculver@mnat.com<br>          dabbott@mnat.com<br>          aremming@mnat.com<br>          jbarsalona@mnat.com<br>          ptopper@mnat.com<br><br>PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |