

# Lipsitz Green Scime Cambria LLP

Attorneys at Law

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

Paul J. Cambria, Jr.
James T. Scime
Herbert L. Greenman
Michael Schiavone
Lorraine Kelley
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer
Jeffrey F. Reina
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown
Diane M. Perri Roberts
Matthew B. Morey
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey
Max Humann
Lynn M. Bochenek
Joseph L. Guza
Richard A. Maltese, Jr.
Justin D. Ginter
Erin McCampbell Paris
Jeffrey B. Novak
Lucy M. Berkman
Dale J. Bauman
Micelle M. Raguso
Karoline R. Faltas
Melissa D. Wischerath
Alexander E. Basinski
Taylor D. Gelba
Patricia A. Fay
Todd J. Aldinger
Christina M. Croglio

OF COUNSEL
Patrick C. O'Reilly
Joseph J. Gumkowski
George E. Riedel, Jr.

SPECIAL COUNSEL
Richard D. Furlong
Scott M. Schwartz
Mark S. Carney
Robert A. Scalione

LICENSED WORKERS'
COMPENSATION
REPRESENTATIVE
Keith T. Williams
Patricia N. Lyman

Also admitted in District of Columbia
Also admitted in Florida
Also admitted in California
Also admitted in Illinois
Also admitted in Pennsylvania
Also admitted in New Jersey
Also admitted in Oregon

March 13, 2020



RECEIVED MAR 13 2020

**Via Mail and E-Mail**                    (@ded.uscourts.gov)
Honorable Richard G. Andrews
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:   **In re: Boy Scouts of America and Delaware BSA, LLC**
      Case No.: 1-20-M-00078 (RGA)
      Bank. Case No.: 20-10343 (LSS)
      Adv. Proc. No.: 20-50527 (LSS)

Dear Justice Andrews:

I am an attorney at law duly licensed to practice in the State of New York and an associate with the law firm of Lipsitz Green Scime Cambria, LLP, attorneys for LG 37 Doe, Plaintiff in <u>LG 37 Doe v. Douglas Nail, Greater Niagara Frontier Council, Inc., Boy Scouts of America and Boy Scouts of America</u>, Case No. 1:20-cv-00217 (W.D.N.Y.), and a Defendant in the Adversary Proceeding noted above. I am admitted in the United States District Court for the Western District of New York, but am not admitted to the United States District Court for the District of Delaware.

On Monday, March 9, 2020, our office received Debtors' Motion to Fix Venue for Claims Related to the Debtors' Bankruptcy Under 28 U.S.C. §§ 157(b)(5) and 1334(b). As the Motion was filed in this Court on March 3, 2020, pursuant to the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Rule 7.1.2, LG 37 Doe's response to the requested relief is due Tuesday, March 17, 2020. However, due to these short time constraints, our firm has not yet procured local counsel or filed a motion to appear *pro hac vice*, and submitted a response to the Debtor's Motion.

LG 37 Doe opposes, in its entirety, the relief requested by Debtors' Motion to Fix Venue for Claims Related to the Debtors' Bankruptcy under 28 U.S.C. §§ 157(b)(5) and 1334(b), and respectfully requests an extension to submit a response for a minimum of ninety (90) days, which will allow our client sufficient time to submit a brief in opposition to the relief requested by the Debtors' and procure local counsel admitted in the United States District Court for the District of Delaware or file a motion to appear *pro hac vice*.

LG 37 Doe's sexual abuse action was commenced on December 3, 2019, in the Supreme Court of the State of New York, County of Erie. LG 37 Doe, Defendant Douglas Nail, and Defendant Greater Niagara Frontier Council, Inc., Boy Scouts of America are residents of the State of New York, County of Erie. The Defendants, Douglas Nail, Greater Niagara Frontier Council, Inc., Boy Scouts of America and Boy Scouts of America, have filed answers in State Court.



## Lipsitz Green Scime Cambria LLP

On February 19, 2020, Boy Scouts of America filed a Notice of Removal pursuant to 28 U.S.C. § 1452 in LG 37 Doe's action. In accordance with the Notice of Removal, LG 37 Doe's case was removed to the United States District Court for the Western District of New York and assigned Case No. 1:20-cv-00217. Pursuant to 28 U.S.C. § 1447(c), LG 37 Doe has thirty (30) days from the filing of the Notice of Removal to make a motion to remand the case back to the Supreme Court of the State of New York, County of Erie. LG 37 Doe opposes the relief requested by Boy Scouts of America in the Notice of Removal and will be filing a motion in the United States District Court for the Western District of New York, on or before March 20, 2020, requesting that the case be severed as to the non-debtor defendants, Douglas Nail and Greater Niagara Frontier Council, Inc., Boy Scouts of America and the case remanded back to the Supreme Court of the State of New York, County of Erie.

Boy Scouts of America also filed a motion for a preliminary injunction pursuant to §§ 105(a) and 362 of the Bankruptcy Code, and a separate motion for an order appointing a judicial mediator and referring certain cases to mandatory mediation, on February 18, 2020, under Bankruptcy Case No. 20-10343 (LSS) and Adversary Proceeding No. 20-50527 (LSS). Responses to both of those motions were due on March 11, 2020, and although LG 37 Doe timely filed an Attorney Affidavit in opposition to Boy Scouts of America's requested relief, the Attorney Affidavit was executed by Laraine Kelley, Esq., a senior partner at Lipsitz Green Scime Cambria, LLP, as our firm had not yet been able to procure local counsel admitted in the United States Bankruptcy Court for the District of Delaware. These motions are presently scheduled for a hearing before the Honorable Laurie Selber Silverstein on March 24, 2020.

For the reasons set forth herein, it is respectfully requested that LG 37 Doe be granted a minimum of ninety (90) days to respond to Debtors' Motion to Fix Venue For Claims Related to the Debtors' Bankruptcy Under 28 U.S.C. §§ 157(b)(5) and 1334(b).

Thank you for your time and attention to this matter.

Very truly yours,

**Lipsitz Green Scime Cambria LLP**

By: Amy C. Keller, Esq.
ACK/mms

cc:  Donna Lynn Culver, Esq. *via e-mail only* (dculver@mnat.com)
     Andrew R. Remming, Esq. *via e-mail only* (aremming@mnat.com)
     Derek C. Abbott, Esq. *via e-mail only* (dabbott@mnat.com)
     Joseph Charles Barsalona, II, Esq. *via e-mail only* (jbarsalona@mnat.com)

Writer's Extension: 439
E-Mail: akeller@lglaw.com
Writer's Fax: 716-855-1580

Page 2

3813744.1, 066580.0001

BUFFALO   AMHERST   CHEEKTOWAGA   LOS ANGELES